# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALVIN PHELPS and LINDA PHELPS, ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) | CIVIL ACTION NO. 1:11-CV-02030-JOF |
| CITIMORTGAGE, INC., ) ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, I placed a copy of the foregoing **DEFENDANT'S FIRST INTERROGATORIES** in the U.S. Mail, postage prepaid, to the following persons:

> Ben F. Windham
> WINDHAM & ASSOCIATES, P.C.
> 239 Village Center Parkway, Suite 170
> Stockbridge, GA  30281

/s/ John Michael Kearns
John Michael Kearns
Georgia Bar No. 142438
jkearns@burr.com